## FRANK SMITH v. STATE.

No. A-3732.   Opinion Filed Nov. 12, 1921.
(201 Pac. 661.)

(Syllabus.)

**Appeal and Error—Time for Appealing Felony Case—Procedure.**
In felony cases the appeal must be taken within six months after
the judgment is rendered. Section 5991, Rev. Laws 1910. In
such cases the appeal is taken by filing in this court a petition
in error with case-made attached, or transcript of the record,
together with proof of sevice of notices of appeal as required by
statute, and when this is not done within the time prescribed by
the statute, this court does not acquire jurisdiction of the ap-
peal, and such an appeal will be dismissed.

Appeal from District Court, Le Flore County; E. F. Les-
ter, Judge.

Frank Smith, was convicted of burglary, and he appeals.
Appeal dismissed.

Neal & Neal, for plaintiff in error.

The Attorney General anad E. L. Fulton, Asst. Atty.
Gen., for the State.

DOYLE, P. J.   Plaintiff in error, Frank Smith, was con-
victed of burglary in the second degree, and his punishment
assessed at imprisonment in the penitentiary for the term
of two years.   In pursuance of the verdict the court rendered
judgment on the 20th day of September, 1919.   From the
judgment an appeal was attempted to be taken by filing in
this court on March 22, 1920, a petition in error with case-
made.

The Attorney General has filed a motion to dismiss the
appeal based upon the fact that said appeal was not taken
within six months from the date on which the judgment was
rendered.

Sec. 5991, Rev. Laws, provides:

"In felony cases the appeal must be taken within six months after the judgment is rendered."

It was two days too late. It has been uniformly held by this court, when an appeal is not taken within the time prescribed by statute, this court does not acquire jurisdiction of the appeal, and such appeal will be dismissed. Barks v. State, 11 Okla. Cr. 446, 147 Pac. 1055; Gordon v. State, 12 Okla. Cr. 103, 152 Pac. 142.

It follows that the motion to dismiss the appeal must be sustained.

It is therefore ordered that the purported appeal be and the same is hereby dismissed.

MATSON and BESSEY, JJ., concur.